**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7753**

———————

JOHN C. PATTERSON,

             Petitioner – Appellant,

        v.

WARDEN FCI WILLIAMSBURG,

             Respondent – Appellee,

        and

UNITED STATES OF AMERICA,

             Respondent.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Richard Mark Gergel, District
Judge.  (6:10-cv-02408-RMG)

———————

Submitted:  February 10, 2011      Decided:  February 23, 2011

———————

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John C. Patterson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John C. Patterson, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on Patterson's 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Warden FCI Williamsburg, No. 6:10-cv-02408-RMG (D.S.C. Nov. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED